Wayne **RALEY, a/k/a Wayne P. Raley,** Plaintiff—Appellant,

v.

Walter **STITH, Jr., Defendant—** Appellee,

and

The **Prince George County Police** Department, Defendant.

No. 07–1231.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 13, 2007.

Wayne Raley, Appellant Pro Se. Neil Kuchinsky, Kuchinsky & Associates, PC, Colonial Heights, Virginia; Robert A. Dybing, Thompson & McMullan, Richmond, Virginia, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Raley appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Raley v. Stith,* No. 3:06–cv–00763–HEH (E.D.Va. Feb. 27, 2007). We deny Raley's motion for return of property. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*